UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Phyllis May,

Plaintiff,

vs.

FMC Corporation,

Defendant.

Civil No. 00-2728 DSD/SRN

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant may and shall have until February 9, 2001, to answer, move or otherwise plead in response to plaintiff's Complaint in the above-captioned action.

SO AGREED.

DATED: January 24, 2001

ROBERT WILSON & ASSOCIATES

By ______________________

Robert E. Wilson (#216951)
Douglas F. Stiele (#288354)
400 Third Avenue South
Minneapolis, MN 55401
Telephone: (612) 334-3444

Attorneys for Plaintiff
Phyllis May

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DATED: January 24, 2001

FAEGRE & BENSON LLP

By Deborah A. Ellingboe

Steven L. Severson (#152857)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 336-3000

Attorneys for Defendant
FMC Corporation

**ORDER**

IT IS SO ORDERED.

DATED: January 31, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

M2:20362119.01