**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Phyllis May,

Plaintiff,

vs.

FMC Corporation,

Defendant.

Civil No. 00-2728 DSD/SRN

**STIPULATION OF SETTLEMENT AND DISMISSAL**

The parties to this action have agreed to resolve this dispute under terms set forth in a Settlement Agreement attached hereto as Exhibit A. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff Phyllis May and defendant FMC Corporation that this entire lawsuit may be, and hereby is, dismissed with prejudice, and without costs or disbursements to any party.

DATED: September 27, 2001

ROBERT WILSON & ASSOCIATES

By ______________________

Robert E. Wilson (#216951)
Douglas F. Stiele (#288354)
400 Third Avenue South
Minneapolis, MN 55401
Telephone: (612) 334-3444

Attorneys for Plaintiff
Phyllis May

FILED 10-9-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 10-9-01
Deputy Clerk's Initials ______

DATED: September 20, 2001

FAEGRE & BENSON LLP

By ______________________

Steven L. Severson (#152857)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

Attorneys for Defendant
FMC Corporation

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be, and the same hereby is, dismissed with prejudice without costs or disbursements to any party.

Dated: 10/9/01

______________________
DAVID S. DOTY
United States District Judge

M2:20376954.01

LET JUDGMENT BE ENTERED ACCORDINGLY.

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500